`Opinion issued November 17, 2015



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00926-CV

———————————

## IN RE STEPHEN D. DIFERRANTE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Stephen D. DiFerrante, files this *pro se* petition for writ of mandamus complaining of a justice court judgment in a forcible detainer action that was signed on September 3, 2015.[1]  Relator has also filed a motion to stay trial.  The petition for writ of mandamus is **DENIED**.  Relator's motion for emergency relief is **DENIED.**  All other pending motions are **DENIED AS MOOT.**

---

[1]  The underlying case is *George Wesley Bruner v. Stephen David DiFerrante*, cause number EV11C0085855, in the Justice Court, Precinct 1, Place 1, Harris County, Texas, the Hon. Dale Gorczynski, presiding.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.